Adam Keats (CA Bar No. 191157)
Center for Food Safety
303 Sacramento St., Second Fl.
San Francisco, CA 94111
Ph: (415) 826-2770
Fax: (415) 826-0507
akeats@centerforfoodsafety.org

*Counsel for Plaintiffs; additional counsel listed on signature page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WATERKEEPER ALLIANCE, INC.; CENTER FOR BIOLOGICAL DIVERSITY; CENTER FOR FOOD SAFETY; HUMBOLDT BAYKEEPER, a program of Northcoast Environmental Center; RUSSIAN RIVERKEEPER; MONTEREY COASTKEEPER, a program of The Otter Project, Inc.; SNAKE RIVER WATERKEEPER, INC.; UPPER MISSOURI WATERKEEPER, INC.; and TURTLE ISLAND RESTORATION NETWORK, <br><br> Plaintiffs, <br><br> v. <br><br> E. SCOTT PRUITT, in his official capacity as Administrator of the U.S. Environmental Protection Agency; U.S. ENVIRONMENTAL PROTECTION AGENCY; RICKY DALE JAMES, in his official capacity as Assistant Secretary of the Army for Civil Works; and U.S. ARMY CORPS OF ENGINEERS, <br><br> Defendants. | Case No. 3:18-cv-3521 <br><br> Plaintiffs' Certification of Interested Entities or Persons |

Pursuant to Local Rule 3-15, and on behalf of plaintiffs Waterkeeper Alliance, Inc., Center for Biological Diversity, Center for Food Safety, Humboldt Baykeeper, Russian Riverkeeper, Monterey Coastkeeper, Snake River Waterkeeper, Inc., Upper Missouri Waterkeeper, Inc., and Turtle Island Restoration Network, the undersigned counsel hereby certifies as follows:

No entities other than the parties themselves are known to have either (i) a financial interest of any kind in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

Dated this 13th day of June, 2018.

s/ Adam Keats
Adam Keats (CA Bar No. 191157)
Center for Food Safety
303 Sacramento St., Second Fl.
San Francisco, CA 94111
(415) 826-2770
akeats@centerforfoodsafety.org

James N. Saul (*Pro Hac Vice forthcoming*)
Lia C. Comerford (*Pro Hac Vice forthcoming*)
Earthrise Law Center
Lewis & Clark Law School
10015 SW Terwilliger Blvd.
Portland, OR 97219

*Counsel for plaintiffs*