1  Adam Keats (CA Bar No. 191157)
   Center for Food Safety
2  303 Sacramento St., Second Fl.
   San Francisco, CA 94111
3  Ph: (415) 826-2770
4  Fax: (415) 826-0507
   akeats@centerforfoodsafety.org
5

6  *Counsel for Plaintiffs; additional
   counsel listed on signature page*
7

8
   **UNITED STATES DISTRICT COURT**
9  **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  WATERKEEPER ALLIANCE, INC.; CENTER FOR BIOLOGICAL DIVERSITY; CENTER FOR FOOD SAFETY; HUMBOLDT BAYKEEPER, a program of Northcoast Environmental Center; RUSSIAN RIVERKEEPER; MONTEREY COASTKEEPER, a program of The Otter Project, Inc.; SNAKE RIVER WATERKEEPER, INC.; UPPER MISSOURI WATERKEEPER, INC.; and TURTLE ISLAND RESTORATION NETWORK, | Case No. 3:18-cv-3521 |
| Plaintiffs, | Plaintiffs' Corporate Disclosure Statement |
| v. | |
| E. SCOTT PRUITT, in his official capacity as Administrator of the U.S. Environmental Protection Agency; U.S. ENVIRONMENTAL PROTECTION AGENCY; RICKY DALE JAMES, in his official capacity as Assistant Secretary of the Army for Civil Works; and U.S. ARMY CORPS OF ENGINEERS, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 7-1, and on behalf of plaintiffs Waterkeeper Alliance, Inc., Center for Biological Diversity, Center for Food Safety, Humboldt Baykeeper, Russian Riverkeeper, Monterey Coastkeeper, Snake River Waterkeeper, Inc., Upper Missouri Waterkeeper, Inc., and Turtle Island Restoration Network, the undersigned counsel hereby certifies as follows:

None of the plaintiffs have a parent corporation, and none of the plaintiffs issue stock.

Dated this 13th day of June, 2018.

s/ Adam Keats
Adam Keats (CA Bar No. 191157)
Center for Food Safety
303 Sacramento St., Second Fl.
San Francisco, CA 94111
(415) 826-2770
akeats@centerforfoodsafety.org

James N. Saul (*Pro Hac Vice forthcoming*)
Lia C. Comerford (*Pro Hac Vice forthcoming*)
Earthrise Law Center
Lewis & Clark Law School
10015 SW Terwilliger Blvd.
Portland, OR 97219

*Counsel for plaintiffs*