Adam Keats (CA Bar No. 191157)
Center for Food Safety
303 Sacramento St., Second Fl.
San Francisco, CA 94111
Ph: (415) 826-2770
Fax: (415) 826-0507
akeats@centerforfoodsafety.org

*Counsel for Plaintiffs; additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WATERKEEPER ALLIANCE, INC.; CENTER FOR BIOLOGICAL DIVERSITY; CENTER FOR FOOD SAFETY; HUMBOLDT BAYKEEPER, a program of Northcoast Environmental Center; RUSSIAN RIVERKEEPER; MONTEREY COASTKEEPER, a program of The Otter Project, Inc.; SNAKE RIVER WATERKEEPER, INC.; UPPER MISSOURI WATERKEEPER, INC.; and TURTLE ISLAND RESTORATION NETWORK,<br><br>Plaintiffs,<br><br>v.<br><br>E. SCOTT PRUITT, in his official capacity as Administrator of the U.S. Environmental Protection Agency; U.S. ENVIRONMENTAL PROTECTION AGENCY; RICKY DALE JAMES, in his official capacity as Assistant Secretary of the Army for Civil Works; and U.S. ARMY CORPS OF ENGINEERS,<br><br>Defendants. | Case No.18-cv-3521-JSC<br><br>PROOF OF SERVICE OF SUMMONS |

**PROOF OF SERVICE OF SUMMONS**

Pursuant to Federal Rule of Civil Procedure 4(l), and Civil Local Rule 4-2, I hereby certify that service of the Complaint, ECF No. 1; Summons, ECF No. 7, Order Setting Initial Case Management Conference and ADR deadlines, ECF No. 6, and other supplementary material in the above-captioned case has taken place in the following manner:

1. The Attorney General for the United States, Jeff Sessions, was served via certified mail, return receipt requested on June 15, 2018 (receipt number 7017-1450-0000-6073-6281). The documents were delivered on June 21, 2018.

2. The United States Attorney for the Northern District of California, was served via certified mail, return receipt requested on June 15, 2018 (receipt number 7017-1450-0000-6073-6311). The documents were delivered on June 18, 2018.

3. Defendant Scott Pruitt, Administrator of U.S. Environmental Protection Agency, was served via certified mail, return receipt requested on June 15, 2018 (receipt number 7017-1450-0000-6073-6298). The documents were delivered on June 21, 2018.

4. Defendant U.S. Environmental Protection Agency, was served via certified mail, return receipt requested on June 15, 2018 (receipt number 7017-1450-0000-6073-6304). The documents were delivered on June 20, 2018.

5. Defendant Ricky Dale James, Assistant Secretary Army Civil Works, was served via certified mail, return receipt requested on June 15, 2018 (receipt number 7017-1450-0000-6073-6335). The documents were delivered on June 20, 2018.

6. Defendant U.S. Army Corps of Engineers, was served via certified mail, return receipt requested on June 15, 2018 (receipt number 7017-1450-0000-6073-6328). The documents were delivered on June 21, 2018.

A copy of receipts verifying these statements and the United States Postal Service webpage confirming delivery are attached hereto as Exhibit A.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 29th day of June, 2018 in San Francisco, California.

s/ Adam Keats
Adam Keats (CA Bar No. 191157)
Center for Food Safety
303 Sacramento St., Second Fl.
San Francisco, CA 94111
(415) 826-2770
akeats@centerforfoodsafety.org

James N. Saul (*Pro Hac Vice*)
Lia C. Comerford (*Pro Hac Vice forthcoming*)
Earthrise Law Center
Lewis & Clark Law School
10015 SW Terwilliger Blvd.
Portland, OR 97219

*Counsel for plaintiffs*