Jason B. Aamodt, OK Bar No. 16974
The Indian & Environmental Law Group,
PLLC 406 South Boulder Avenue, Suite 830
Tulsa, Oklahoma 74103
Tel:  (918) 347-6169
Jason@iaelaw.com

Lisa T. Belenky (CA Bar No. 203225)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Telephone: (510) 844-7107
Facsimile: (510) 844-7150
lbelenky@biologicaldiversity.org

*Attorneys for All Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WATERKEEPER ALLIANCE, INC., *et al.*<br>         Plaintiffs,<br><br>              v.<br><br>ANDREW R. WHEELER, *et al.*,<br><br>         Defendants. | Case No.: 3:18-cv-3521-RS |

**MOTION FOR SUMMARY JUDGMENT**

For the reasons set forth in their Brief in Support for this Motion for Summary Judgment, filed herewith, the Plaintiffs respectfully urge, pursuant to Federal Rule of Civil Procedure 56 that they are entitled to judgment in their favor as a matter of law, based upon the facts of this matter, including the administrative record.

1

Dated: January 9, 2020

Respectfully submitted,

*/s/ Jason Aamodt*
Jason B. Aamodt, OK Bar No. 16974
The Indian & Environmental Law Group, PLLC
406 South Boulder Avenue, Suite 830
Tulsa, Oklahoma 74103
Tel: (918) 347-6169
Jason@iaelaw.com

Lisa T. Belenky (CA Bar No. 203225)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Telephone: (510) 844-7107
Facsimile: (510) 844-7150
lbelenky@biologicaldiversity.org

2