1  Christopher Sproul (State Bar No. 126398)
2  Stuart Wilcox (State Bar No.  327726)
   ENVIRONMENTAL ADVOCATES
3  5135 Anza Street
   San Francisco, California 94121
4  Telephone:  (415) 533-3376
   Emails:  csproul@enviroadvocates.com
5  wilcox@enviroadvocates.com

6  Attorneys for Plaintiffs

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10  | WATERKEEPER ALLIANCE, INC.; | Civil Case No. 18-cv-3521 |
11  | HUMBOLDT BAYKEEPER, a program of | |
    | Northcoast Environmental Center; LAKE | |
12  | WORTH WATERKEEPER; MISSOURI | **STIPULATION REQUESTING AND** |
    | CONFLUENCE WATERKEEPER; | **(PROPOSED) ORDER GRANTING** |
13  | MONTERREY COASTKEEPER, a program of | **LEAVE FOR PLAINTIFFS TO** |
    | The Otter Project, Inc.; RIO GRANDE | **AMEND THEIR COMPLAINT** |
14  | WATERKEEPER, a program of WildEarth | |
    | Guardians; RUSSIAN RIVERKEEPER; | |
15  | SNAKE RIVER WATERKEEPER, INC.; | |
16  | SOUND RIVERS, INC.; UPPER MISSOURI | |
    | WATERKEEPER, INC.; TURTLE ISLAND | |
17  | RESTORATION NETWORK; WILDEARTH | |
    | GUARDIANS; ECOLOGICAL RIGHTS | |
18  | FOUNDATION, | |
19  | | |
20  |            Plaintiffs, | |
21  |     v. | |
22  | ANDREW R. WHEELER, in his official | |
23  | capacity as Administrator of the U.S. | |
    | Environmental Protection Agency; U.S. | |
24  | ENVIRONMENTAL PROTECTION | |
    | AGENCY; RICKY DALE JAMES, in his | |
25  | official capacity as Assistant Secretary of the | |
    | Army for Civil Works; and U.S. ARMY CORPS | |
26  | OF ENGINEERS, | |
27  | | |
28  |            Defendants. | |

Plaintiffs Waterkeeper Alliance, Inc.; Humboldt Baykeeper; Lake Worth Waterkeeper; Missouri Confluence Waterkeeper; Monterrey Coastkeeper; Rio Grande Waterkeeper; Russian Riverkeeper; Snake River Waterkeeper, Inc.; Sound Rivers, Inc.; Upper Missouri Waterkeeper, Inc.; Turtle Island Restoration Network; WildEarth Guardians; and Ecological Rights Foundation[1] and Defendants Andrew R. Wheeler,[2] EPA, Ricky Dale James, and U.S. Army Corps of Engineers hereby stipulate to and respectfully request that the Court enter the attached order granting Plaintiffs leave to file the attached Amended Complaint for Declaratory and Injunctive Relief;

WHEREAS Plaintiffs initially filed this lawsuit on June 13, 2018 to challenge Defendants' 2015 regulation that revised certain regulatory provisions relating to the definition of "waters of the United States" under the Clean Water Act ("CWA"). *See* Compl., Dkt. No. 1, ¶ 3 (challenging Clean Water Rule: Definition of "Waters of the United States," 80 Fed. Reg. 37,054 (June 29, 2015) ("Clean Water Rule"));

WHEREAS, on September 12, 2019, Defendants signed a final rule entitled "Definition of 'Waters of the United States'—Recodification of Pre-Existing Rules" ("Repeal Rule");

WHEREAS, the Repeal Rule rescinded the Clean Water Rule;

WHEREAS, the Repeal Rule was published in the Federal Register on October 22, 2019, and became effective on December 23, 2019. 84 Fed. Reg. 56,626 (Oct. 22, 2019);

WHEREAS, on January 23, 2020, Defendants signed another final rule entitled "Navigable Waters Protection Rule: Definition of 'Waters of the United States'" ("Replacement Rule"). The Replacement Rule redefines "waters of the United States" under the CWA and was promulgated to replace the Repeal Rule's definition of "waters of the United States;"

---

[1] Plaintiffs Lake Worth Waterkeeper; Missouri Confluence Waterkeeper; Rio Grande Waterkeeper; Sound Rivers, Inc.; WildEarth Guardians; and Ecological Rights Foundation are new to the case and will be added by the proposed Amended Complaint. Former Plaintiffs Center for Biological Diversity and Center for Food Safety were voluntarily dismissed by stipulation on November 12, 2020. *See* Dkt. 90.

[2] Administrator Wheeler, as current Administrator of the U.S. Environmental Protection Agency ("EPA"), is substituted for former EPA Administrator E. Scott Pruitt.

1    WHEREAS, the Replacement Rule was published in the Federal Register on April 21, 2020, *see*

2    85 Fed. Reg. 22,250 (Apr. 21, 2020), and became effective on June 22, 2020;

3    WHEREAS, on May 27, 2020, the parties stipulated and respectfully requested that the Court

4    stay the parties' remaining summary judgment briefing on the Clean Water Rule. *See* Dkt. 82;

5    WHEREAS, the stipulation also informed the Court that it was the parties' position that this

6    would preserve judicial resources because the Plaintiffs intended to file a new complaint in this case

7    challenging the Repeal Rule and the Replacement Rule as well. *Id.*;

8    WHEREAS, the Court filed an order granting the stipulated request the same day that it was filed

9    by the parties. *See* Dkt. 83;

10   WHEREAS, on September 25, 2020, the Court denied Plaintiffs' summary judgment motion

11   with respect to the Clean Water Rule without prejudice to its renewal. Dkt. 84;

12   WHEREAS, Plaintiffs now seek leave to file an Amended Complaint in this case that addresses

13   Plaintiffs' challenges to the Clean Water Rule, Repeal Rule, and Replacement Rule;

14   WHEREAS, by stipulating with Plaintiffs, Defendants do not waive any defenses otherwise

15   available to them;

16   The parties agree and stipulate that, subject to approval from the Court, Plaintiffs shall have

17   leave to file an Amended Complaint. Defendants shall file an index (or indices) of the administrative

18   record for the Repeal Rule and Replacement Rule with the Court within 30 days after Plaintiffs file their

19   Amended Complaint. Defendants shall file their response to the Amended Complaint no later than 60

20   days from the date the Amended Complaint is deemed filed.

21   Dated: December 22, 2020                    Respectfully submitted,

22

23                              By:      /s/ *Hubert T. Lee**
                                         HUBERT T. LEE (NY Bar #4992145)
24                                       U.S. Department of Justice
                                         Environment & Natural Resources Division
25                                       Environmental Defense Section
                                         4 Constitution Square
26                                       150 M Street, NE
                                         Suite 4.1116
27                                       Washington, D. C.  20002

1

Hubert.lee@usdoj.gov
Telephone (202) 514-1806
Facsimile (202) 514-8865

2

3

*Attorney for Defendants*

4

5

/s/ *Christopher Sproul*
CHRISTOPHER SPROUL (CA Bar #126398)
Environmental Advocates
5135 Anza Street
San Francisco, CA 94121
csproul@enviroadvocates.com
Telephone (415) 533-3376
Facsimile (415) 358-5695

6

7

8

9

10

*Attorney for Plaintiffs*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION REQUESTING LEAVE FOR PLAINTIFFS
TO AMEND THEIR COMPLAINT                3

*submitted with express permission.

### ORDER

Pursuant to stipulation, the Plaintiffs are granted leave to file their Amended Complaint. Plaintiffs shall promptly file their Amended Complaint. Defendants shall file an index (or indices) of the administrative record for the Repeal Rule and Replacement Rule with the Court within 30 days after Plaintiffs file their Amended Complaint. Defendants shall file their response to the Amended Complaint no later than 60 days from the date the Amended Complaint is deemed filed.

IT IS SO ORDERED.

DATED this __23__ day of December, 2020.

Richard Seeborg
United States District Court Judge