ANTHONY L. FRANÇOIS, No. 184100
afrancois@pacificlegal.org
CHARLES T. YATES, No. 327704
cyates@pacificlegal.org
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

Attorneys for Proposed Defendant-Intervenors
Chantell and Michael Sackett

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| WATERKEEPER ALLIANCE, INC., et al., | No. 3:18-cv-03521-RS |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING MOTION TO INTERVENE** |
| v. | Judge:   The Hon. Richard Seeborg |
| ANDREW R. WHEELER, as Administrator of the U.S. Environmental Protection Agency, et al., | |
| Defendants. | |

Having considered Chantell and Michael Sacketts' ("the Sacketts") Motion to Intervene, and the documents filed in this case,

IT IS HEREBY ORDERED that the Motion is GRANTED and the Sacketts may participate as Defendant-Intervenors.

IT IS FURTHER ORDERED that the Sacketts' Proposed Answer is deemed filed as of the date of this Order.

DATED this _____ day of February, 2021.

_____
Honorable Richard Seeborg
United States District Court Judge