HUBERT T. LEE (NY Bar #4992145)
SONYA J. SHEA (CA Bar #305917)
U.S. Department of Justice
150 M Street, NE Suite 4.1116
Washington, D. C. 20002
Hubert.lee@usdoj.gov; sonya.shea@usdoj.gov
Telephone (202) 514-1806 (Lee)
Telephone (303) 844-7231 (Shea)
Facsimile (202) 514-8865

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WATERKEEPER ALLIANCE, INC.; HUMBOLDT BAYKEEPER, a program of Northcoast Environmental Center; LAKE WORTH WATERKEEPER; MISSOURI CONFLUENCE WATERKEEPER; MONTERREY COASTKEEPER, a program of The Otter Project, Inc.; RIO GRANDE WATERKEEPER, a program of WildEarth Guardians; RUSSIAN RIVERKEEPER; SNAKE RIVER WATERKEEPER, INC.; SOUND RIVERS, INC.; UPPER MISSOURI WATERKEEPER, INC.; TURTLE ISLAND RESTORATION NETWORK; WILDEARTH GUARDIANS; ECOLOGICAL RIGHTS FOUNDATION, <br><br>        Plaintiffs, <br><br>   v. <br><br> JANE NISHIDA, in her official capacity as Acting Administrator of the U.S. Environmental Protection Agency; U.S. ENVIRONMENTAL PROTECTION AGENCY; RICKY DALE JAMES, in his official capacity as Assistant Secretary of the Army for Civil Works; and U.S. ARMY CORPS OF ENGINEERS, <br><br>        Defendants. | Civil Case No. 18-cv-3521 <br><br> **STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDING AND CONTINUE DEADLINES BY 60 DAYS** |

Pursuant to Local Rules 6-2 and 7-12, Plaintiffs Waterkeeper Alliance, Inc.; Humboldt Baykeeper; Lake Worth Waterkeeper; Missouri Confluence Waterkeeper; Monterrey Coastkeeper; Rio Grande Waterkeeper; Russian Riverkeeper; Snake River Waterkeeper, Inc.; Sound Rivers, Inc.; Upper Missouri Waterkeeper, Inc.; Turtle Island Restoration Network; WildEarth Guardians; and Ecological Rights Foundation[1] (collectively "Plaintiffs") and defendants Jane Nishida, EPA, Senior Official Performing the Duties of the Assistant Secretary of the Army for Civil Works Vance F. Stewart, III, and U.S. Army Corps of Engineers (collectively "the Agencies")[2] hereby stipulate to and respectfully request that the Court enter the attached order staying the above-captioned proceeding by 60 days and extending all existing deadlines by 60 days;

WHEREAS Plaintiffs initially filed this lawsuit on June 13, 2018 to challenge the Agencies' 2015 regulation that revised certain regulatory provisions relating to the definition of "waters of the United States" under the Clean Water Act ("CWA"). *See* Compl., Dkt. No. 1, ¶ 3 (challenging Clean Water Rule: Definition of "Waters of the United States," 80 Fed. Reg. 37,054 (June 29, 2015) ("Clean Water Rule"));

WHEREAS, on September 12, 2019, the Agencies signed a final rule entitled "Definition of 'Waters of the United States'—Recodification of Pre-Existing Rules" ("Repeal Rule");

WHEREAS, the Repeal Rule rescinded the Clean Water Rule;

WHEREAS, the Repeal Rule was published in the Federal Register on October 22, 2019, and became effective on December 23, 2019. 84 Fed. Reg. 56,626 (Oct. 22, 2019);

---

[1] Plaintiffs Lake Worth Waterkeeper; Missouri Confluence Waterkeeper; Rio Grande Waterkeeper; Sound Rivers, Inc.; WildEarth Guardians; and Ecological Rights Foundation are new to the case and were added by the proposed Amended Complaint. Former Plaintiffs Center for Biological Diversity and Center for Food Safety were voluntarily dismissed by stipulation on November 12, 2020. *See* Dkt. 90.

[2] Environmental Protection Agency ("EPA") Acting Administrator Jane Nishida is automatically substituted for Andrew Wheeler pursuant to Rule 25(d) of the Federal Rules of Civil Procedure. Likewise, Senior Official Performing the Duties of the Assistant Secretary of the Army for Civil Works Vance F. Stewart, III is automatically substituted for R.D. James.

STIPULATION TO STAY CASE
AND CONTINUE DEADLINES                           1                                  18-cv-3521

1    WHEREAS, on January 23, 2020, the Agencies signed another final rule entitled "Navigable
2  Waters Protection Rule: Definition of 'Waters of the United States'" ("Replacement Rule"). The
3  Replacement Rule redefines "waters of the United States" under the CWA and was promulgated to
4  replace the Repeal Rule's definition of "waters of the United States;"
5    WHEREAS, the Replacement Rule was published in the Federal Register on April 21, 2020, *see*
6  85 Fed. Reg. 22,250 (Apr. 21, 2020), and became effective on June 22, 2020;
7    WHEREAS, on May 27, 2020, the parties stipulated and respectfully requested that the Court
8  stay the parties' remaining summary judgment briefing on the Clean Water Rule. *See* Dkt. 82;
9    WHEREAS, the stipulation also informed the Court that it was the parties' position that this
10 would preserve judicial resources because the Plaintiffs intended to file a new complaint in this case
11 challenging the Repeal Rule and the Replacement Rule as well. *Id.*;
12   WHEREAS, the Court granted the stipulated request the same day that it was filed by the
13 parties. *See* Dkt. 83;
14   WHEREAS, on September 25, 2020, the Court denied Plaintiffs' summary judgment motion
15 with respect to the Clean Water Rule without prejudice to its renewal. Dkt. 84;
16   WHEREAS, on December 24, 2020, the Court granted Plaintiffs leave to file an Amended
17 Complaint in this case that addresses Plaintiffs' challenges to the Clean Water Rule, Repeal Rule, and
18 Replacement Rule. Dkt. 92. The Court further ordered the Agencies to, among other things, file their
19 response to Plaintiffs' Amended Complaint no later than 60 days from the date the Amended
20 Complaint was deemed filed— i.e., no later than February 22, 2021. *Id.*;
21   WHEREAS, on January 19, 2021, third-party Chantell and Michael Sackett filed a motion to
22 intervene on behalf of the Agencies. Dkt. 95. Plaintiffs filed an opposition to this motion on February 2,
23 2021. Dkt. 100. The motion to intervene is set to be heard on February 25, 2021. Dkt. 95;
24   WHEREAS, there are no other outstanding motions or deadlines before the Court in this matter;
25   WHEREAS, on January 20, 2021, President Biden issued an Executive Order entitled
26 "Executive Order on Protecting Public Health and the Environment and Restoring Science to Tackle
27 the Climate Crisis." 86 Fed. Reg. 7037 (Jan. 25, 2021). In conformance with the Executive Order, the

1  Agencies are reviewing many rules promulgated in the last four years, including the Repeal Rule and
2  Replacement Rule at issue in this case.
3       Accordingly, the parties agree and stipulate that, subject to approval from the Court, the above-
4  captioned proceeding should be stayed for 60 days to give appropriate officials adequate time to review
5  the Replacement Rule and the Repeal Rule and determine whether the rules should be maintained,
6  modified, or otherwise reconsidered.
7       The parties further stipulate that all existing deadlines be continued by 60 days, including the
8  Agencies' deadline to file a response to Plaintiffs' Amended Complaint, which is currently set for
9  February 22, 2021, and the hearing on the motion to intervene, which is currently set for February 25,
10 2021.
11      This joint motion is without prejudice to the right of any party to seek a further stay at the end
12 of the abeyance period. The Parties retain the right to move this Court to lift the stay prior to the end of
13 the abeyance period if circumstances warrant resuming litigation.
14      Granting this motion will not prejudice any party, will conserve the Parties' resources, and will
15 promote the interest of judicial economy.
16      For the foregoing reasons, the Parties respectfully request that the Court stay this proceeding for
17 60 days and extend all existing deadlines by 60 days.

18 Dated: February 11, 2021          Respectfully submitted,

19

20          By:      /s/ *Hubert T. Lee*
               HUBERT T. LEE (NY Bar #4992145)
21                SONYA J. SHEA (CA Bar #305917)
               U.S. Department of Justice
22                Environment & Natural Resources Division
               Environmental Defense Section
23                4 Constitution Square
               150 M Street, NE
24                Suite 4.1116
25                Washington, D. C.  20002
               Hubert.lee@usdoj.gov
26                sonya.shea@usdoj.gov
               Telephone (202) 514-1806 (Lee)
27                Telephone (303) 844-7231 (Shea)

Facsimile (202) 514-8865

*Attorneys for the Agencies*

/s/ *Christopher Sproul*
CHRISTOPHER SPROUL (CA Bar #126398)
Environmental Advocates
5135 Anza Street
San Francisco, CA 94121
csproul@enviroadvocates.com
Telephone (415) 533-3376
Facsimile (415) 358-5695

*Attorney for Plaintiffs*

# [PROPOSED] ORDER

Pursuant to stipulation, the above-captioned matter is stayed for 60 days. It is further ordered that all existing deadlines are extended for 60 days.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this _____ day of _____, 2021.

_____

Richard Seeborg
United States District Court Judge