UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WATERKEEPER ALLIANCE, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants. | Case No. 18-cv-03521-RS<br><br>**ORDER** |

Pursuant to Civil Local Rule 7-1(b), the motion for leave to intervene (Dkt. No. 95) is suitable for disposition without oral argument and the hearing set for February 25, 2021 is vacated. Good cause appearing, the parties' stipulation (Dkt. No. 102) is granted, and this action is hereby stayed for 60 days. All existing deadlines are extended for 60 days. The Court retains discretion to rule on the motion for leave to intervene during the pendency of the stay, should it appear appropriate to do so.

**IT IS SO ORDERED**.

Dated: February 16, 2021

RICHARD SEEBORG
Chief United States District Judge