UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WATERKEEPER ALLIANCE, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants. | Case No. 18-cv-03521-RS<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME** |

Defendants move pursuant to Civil Local Rule 6-3 for a further extension of time, from April 23, 2021 to June 22, 2021, to answer the complaint herein, in light of the administration's ongoing review of the regulation at issue in this matter. Defendants do not presently seek to extend the general stay of the litigation that is set to expire on April 17, 2021.

Defendants represent that plaintiffs declined to stipulate to the requested extension and stated they would oppose this motion. The deadline for opposition has expired, *see* Rule 6-3(b), and none has been filed. Good cause appearing, the motion is granted.

**IT IS SO ORDERED**.

Dated: April 14, 2021

RICHARD SEEBORG
Chief United States District Judge