HUBERT T. LEE (NY Bar #4992145)
SONYA J. SHEA (CA Bar #305917)
U.S. Department of Justice
150 M Street, NE Suite 4.1116
Washington, D. C. 20002
Hubert.lee@usdoj.gov; sonya.shea@usdoj.gov
Telephone (202) 514-1806 (Lee)
Telephone (303) 844-7231 (Shea)
Facsimile (202) 514-8865

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WATERKEEPER ALLIANCE, INC.; HUMBOLDT BAYKEEPER, a program of Northcoast Environmental Center; LAKE WORTH WATERKEEPER; MISSOURI CONFLUENCE WATERKEEPER; MONTERREY COASTKEEPER, a program of The Otter Project, Inc.; RIO GRANDE WATERKEEPER, a program of WildEarth Guardians; RUSSIAN RIVERKEEPER; SNAKE RIVER WATERKEEPER, INC.; SOUND RIVERS, INC.; UPPER MISSOURI WATERKEEPER, INC.; TURTLE ISLAND RESTORATION NETWORK; WILDEARTH GUARDIANS; ECOLOGICAL RIGHTS FOUNDATION, <br><br>              Plaintiffs, <br><br>     v. <br><br> MICHAEL REGAN, in his official capacity as Administrator of the U.S. Environmental Protection Agency; U.S. ENVIRONMENTAL PROTECTION AGENCY; JAIME PINKHAM, in his official capacity as Assistant Secretary of the Army for Civil Works; and U.S. ARMY CORPS OF ENGINEERS, <br><br>              Defendants. | Civil Case No. 18-cv-3521-RS <br><br> [~~XXXXXXXX~~] [PROPOSED] ORDER RE: MOTION FOR AN ENLARGEMENT OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' AMENDED COMPLAINT <br><br> Action Filed:               June 13, 2018 <br> Amended Complaint Filed:  Dec. 23, 2020 |

**ORDER**

After careful consideration of the Agencies' motion, it is hereby ordered that the deadline for the Agencies to answer Plaintiffs' amended complaint is continued until the Agencies' forthcoming motion for remand without vacatur is resolved.

It is further ordered that the Parties have 14 days from the date this Court decides the Agencies' forthcoming motion for remand without vacatur to file a joint or separate proposals to further govern proceedings.

IT IS SO ORDERED.

Dated: this 17th day of June, 2021.

_____
Richard Seeborg
United States District Court Judge