UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WATERKEEPER ALLIANCE, INC., et al., <br><br>Plaintiffs, <br><br>v. <br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br>Defendants. | Case No. 18-cv-03521-RS <br><br>**ORDER GRANTING MOTION FOR LEAVE TO INTERVENE** |

This action was stayed prior to a ruling on a then-pending motion brought by Chantell and Michael Sackett seeking leave to intervene. As that stay has since expired and defendants have now filed a motion for remand, the motion for leave to intervene will be addressed, such that the Sacketts will have the opportunity to file any opposition they may have to the motion to remand. Without reaching the issue of whether the Sacketts have made the requisite showing for intervention as a matter of right, permissive intervention is warranted, at a minimum.[1] Accordingly, the motion is granted.

---

[1] The procedural posture and the broader factual situation here differ from the circumstances in *State of California v. Regan*, 3:20-cv-03005-RS, where the Sacketts were not permitted to intervene formally.

**IT IS SO ORDERED**.

Dated: June 23, 2021

_____
RICHARD SEEBORG
Chief United States District Judge