HUBERT T. LEE (NY Bar #4992145)
SONYA J. SHEA (CA Bar #305917)
U.S. Department of Justice
150 M Street, N.E. Suite 4.1116
Washington, D.C. 20002
Hubert.lee@usdoj.gov; sonya.shea@usdoj.gov
Telephone (202) 514-1806 (Lee)
Telephone (303) 844-7231 (Shea)
Facsimile (202) 514-8865

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WATERKEEPER ALLIANCE, INC., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL REGAN, in his official capacity as Administrator of the U.S. Environmental Protection Agency, *et al.*,<br><br>    Defendants,<br><br>    and<br><br>CHANTELL and MICHAEL SACKETT,<br><br>    Defendant-Intervenors. | Civil Case No. 18-cv-3521-RS<br><br>**DEFENDANTS' SUPPLEMENTAL NOTICE OF AGENCY ACTION IN SUPPORT OF MOTION FOR VOLUNTARY REMAND WITHOUT VACATUR**<br><br>Date:   September 9, 2021<br>Time:   1:30 pm<br>Dept:   San Francisco Courthouse,<br>            Courtroom 3 – 17th Floor<br>Judge:  Honorable Richard Seeborg<br><br>Action Filed:              June 13, 2018<br>Amended Complaint Filed: Dec. 23, 2020 |

# DEFENDANTS' SUPPLEMENTAL NOTICE OF AGENCY ACTION IN SUPPORT OF MOTION FOR REMAND WITHOUT VACATUR

TO THE COURT, PARTIES, AND COUNSEL OF RECORD:

Defendants United States Environmental Protection Agency and the United States Army Corps of Engineers, *et al*. (the "Agencies") hereby notify the Court, parties, and counsel of record of a development in the Agencies' efforts to revise the definition of "waters of the United States" under the Clean Water Act. On July 29, 2021, the Agencies signed a pre-publication notice entitled "Notice of Public Meetings Regarding 'Waters of the United States'; Establishment of a Public Docket; Request for Recommendations" (attached hereto as Exhibit 1). *Available at* https://www.epa.gov/system/files/documents/2021-07/epa-hq-ow-2021-0328_frn.pdf (last accessed July 30, 2021).

The notice provides that the Agencies intend to undertake two rulemakings: (1) a foundational rule that will restore the regulations defining "waters of the United States" that were in place until 2015, with updates to be consistent with relevant Supreme Court decisions; and (2) a separate, second rulemaking process that further refines and builds upon that regulatory foundation. *Id.* at 1. The notice also includes a schedule for initial public meetings throughout August 2021, and potentially September 2021, to hear from interested stakeholders on their perspectives on defining "waters of the United States" under the Clean Water Act and how to implement that definition. The Agencies are also accepting written recommendations from members of the public and are planning further opportunities for engagement. These opportunities will include ten geographically focused roundtables located across different regions in the country. *Id.* at 1-2.

Dated: July 30, 2021                Respectfully submitted,

By:     /s/ *Hubert T. Lee*

TODO KIM
*Assistant Attorney General*

HUBERT T. LEE (NY Bar #4992145)
SONYA J. SHEA (CA Bar #305917)

U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M Street, N.E.
Suite 4.1116
Washington, D.C. 20002
Hubert.lee@usdoj.gov; sonya.shea@usdoj.gov
Telephone (202) 514-1806 (Lee)
Telephone (303) 844-7231 (Shea)
Facsimile (202) 514-8865

*Attorneys for the Agencies*