HUBERT T. LEE (NY Bar #4992145)
SONYA J. SHEA (CA Bar #305917)
U.S. Department of Justice
150 M Street, N.E. Suite 4.1116
Washington, D.C. 20002
Hubert.lee@usdoj.gov; sonya.shea@usdoj.gov
Telephone (202) 514-1806 (Lee)
Telephone (303) 844-7231 (Shea)
Facsimile (202) 514-8865

Attorneys for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WATERKEEPER ALLIANCE, INC., *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MICHAEL REGAN[1], in his official capacity as Administrator of the U.S. Environmental Protection Agency, *et al.*,<br><br>　　　　Defendants.<br><br>　and<br><br>CHANTELL and MICHAEL SACKETT,<br><br>　　　　Defendant-Intervenors. | Civil Case No. 18-cv-3521-RS<br><br>**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY CONCERNING MOTION FOR REMAND WITHOUT VACATUR**<br><br>Action Filed:　　　　June 13, 2018<br>Amended Complaint Filed: Dec. 23, 2020 |

/ / /

/ / /

---

[1] EPA Administrator Michael Regan is automatically substituted for Andrew Wheeler, and Jaime Pinkham is automatically substituted for R.D. James, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

Pursuant to Local Civil Rule 7-3(d)(2), Defendants (the "Agencies") hereby notify the Court, Parties, and counsel of record of two recent decisions remanding the Navigable Waters Protection Rule ("NWPR"), the same rule that is subject to the Agencies' pending remand motion. ECF No. 110.

First, attached as Exhibit 1 is the memorandum and order of remand and dismissal in *Conservation Law Foundation, et al. v. United States Environmental Protection Agency, et al.*, No. 1:20-cv-10820, Dkt. No. 122 (D. Mass. Sept. 1, 2021).

Second, attached as Exhibit 2 is an order for remand, vacatur, and dismissal of claims related to the NWPR in *Pascua Yaqui Tribe, et al. v. United States Environmental Protection Agency, et al.*, 4:20-CV-00266, Dkt. No. 99 (D. Ariz. Aug. 30, 2021).

Dated: September 3, 2021                Respectfully submitted,

                          By:       /s/ *Hubert T. Lee*

                                    TODD KIM
                                    *Assistant Attorney General*
                                    HUBERT T. LEE (NY Bar #4992145)
                                    SONYA J. SHEA (CA Bar #305917)
                                    U.S. Department of Justice
                                    Environment & Natural Resources Division
                                    Environmental Defense Section
                                    4 Constitution Square
                                    150 M Street, N.E.
                                    Suite 4.1116
                                    Washington, D.C. 20002
                                    Hubert.lee@usdoj.gov; sonya.shea@usdoj.gov
                                    Telephone (202) 514-1806 (Lee)
                                    Telephone (303) 844-7231 (Shea)
                                    Facsimile (202) 514-8865

                                    *Attorneys for the Agencies*